**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6474**

---

RONALD JERRY SAWYER,

Plaintiff - Appellant,

versus

G. D. JOHNSON, Major; B. F. FERGUSON, Captain;
OFFICER CATRON; J. RUSSELL, JR., Correctional
Officer; DAVID R. BOEHM, Program Director;
K. L. OSBORNE, Warden; CORRECTIONAL OFFICER
STAMPER; CORRECTIONAL OFFICER CONNORS; RON
ANGELONE; KENNETH MOORE, Internal Affairs;
R. A. YOUNG,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge; Glen E. Conrad, Magistrate Judge. (CA-95-395-R)

---

Submitted: June 20, 1996          Decided: July 2, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ronald Jerry Sawyer, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for default judgment. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED